IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00932-MEH-CBS

DEBORAH HARRIS,

    Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## AMENDED ORDER ON PLAINTIFF'S MOTION TO REMAND

Plaintiff has filed a Motion to Remand [Docket #15] requesting that the matter be remanded to state court, and seeking an award of attorneys' fees and costs. The matter is briefed and has been referred upon consent to this Court [Docket #24]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **grants in part and denies in part** the Motion to Remand.

The Motion is granted to the extent the matter is remanded to Adams County District Court.[1] Pursuant to 28 U.S.C. § 1447(c), this Court lacks subject matter jurisdiction in this case.

The Motion is denied as to Plaintiff's request for attorneys' fees and costs. Absent unusual circumstances, courts may award attorneys' fees under 28 U.S.C. § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal. *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 126 S. Ct. 704, 711 (2005). In this matter, Defendant had an objectively reasonable

---

[1] In her Motion, Plaintiff requested that the matter be remanded to Denver County District Court; however, the matter originated in Adams County District Court and will be remanded accordingly.

basis for seeking removal, considering the multiple claims for relief made by the Plaintiff in the Complaint, including treble damages, damages for emotional distress and attorneys' fees and costs.

Accordingly, for the reasons stated above, it is hereby ORDERED that Plaintiff Harris' Motion to Remand [Filed May 24, 2007; Docket #15] is **granted in part and denied in part**.  This matter will be remanded to Adams County District Court in accordance with this Order.

Dated at Denver, Colorado, this 10th day of July, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge